UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| United States of America | Plaintiff |
| v. | Court No. 2:11-CR-32-KS-MTP |
| Antonio T. Felts | Defendant |
| and | |
| Central Sunbelt Federal Credit Union | Garnishee |

## ORDER OF BANK GARNISHMENT

THIS CAUSE is before the Court on a Motion for Order of Bank Garnishment [#42] requesting Garnishee, Central Sunbelt Federal Credit Union, pay to Plaintiff from Defendant's deposit account the sum of $418.72, as payment on the outstanding judgment debt of $698.83 owed to Plaintiff. The Court has considered Plaintiff's Motion and finds that it is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and should be granted.

IT IS HEREBY ORDERED that Garnishee, Central Sunbelt Federal Credit Union, pay to Plaintiff from Defendant's deposit account the sum of $418.72 as partial satisfaction of the outstanding judgment debt owed to Plaintiff. All checks or money orders are to be made payable to the Clerk, U.S. District Court, and mailed to the Clerk, U.S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201, and <u>also should include the above-referenced Court Number on the payment</u>.

The Clerk of the Court is directed to forward a copy of this Order to parties of record.

DATED:   3-3-2017             s/ Keith Starrett
                              HONORABLE KEITH STARRETT
                              UNITED STATES DISTRICT JUDGE